**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:
Clark E. Llewellyn                                                      Case No. 09-25737
Martha G. Llewellyn                                                 Chapter 13
    Debtors,                                                          Judge: Bruce W. Black
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-13084

Konstantine T. Sparagis
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
312 753-6956
gsparagi@yahoo.com
_____/

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

      NOW COMES Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, N.A. as Indenture Trustee for GMACM Home Equity Notes 2004 Variable Funding Trust (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response disagreeing with the Trustee's Notice of Final Cure Payment that was filed on October 17, 2014:

1. The Debtors filed their bankruptcy petition on July 16, 2009.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on October 17, 2014.
3. The Debtor failed to make direct post petition payments when due. The loan is contractually due for October 20, 2010.
4. Creditor disagrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date:  November 7, 2014              /s/ Caleb J. Halberg
                                               Potestivo & Associates, P.C.
                                               Caleb J. Halberg (ARDC#6306089)
                                               223 W. Jackson Blvd., Suite 610
                                               Chicago, Illinois 60606
                                               Telephone: (312) 263-0003
                                               Main Fax: (312) 263-0002
                                               Cook County Firm ID #: 43932
                                               DuPage County Firm ID #: 223623
                                               Attorneys for Ocwen Loan Servicing, LLC
                                               Our File No. C14-13084