UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                  Case No. 09-25737
   CLARK E LLEWELLYN
   MARTHA G LLEWELLYN
        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2009.

2) The plan was confirmed on 10/15/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/07/2014.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $68,014.00.

10) Amount of unsecured claims discharged without payment: $24,747.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $29,050.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $29,050.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,654.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,297.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,951.32

Attorney fees paid and disclosed by debtor:     $846.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED UROLOGY ASSOC | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Secured | 14,340.00 | 14,339.47 | 14,339.47 | 14,339.47 | 0.00 |
| AMERICAS SERVICING CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS JOLIET | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| BASINGER PHARMACY | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY INTERPRETATION II | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| CENTER SURGERY BREAST HEALTH | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| CLINICAL ASSOC IN MED LLC | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 46.00 | 47.37 | 47.37 | 15.66 | 0.00 |
| COMMUNITY ORTHOPEDICS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| DIGESTIVE HEALTH ASSOC | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| EPIC GROUP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| GMAC RESCAP LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GMAC RESCAP LLC | Secured | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| GRUNDY RADIOLOGISTS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 386.00 | 445.20 | 445.20 | 445.20 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 73.40 | 73.40 | 24.27 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,033.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 100.00 | 3,661.92 | 3,661.92 | 3,661.92 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,944.06 | 282.14 | 282.14 | 93.27 | 0.00 |
| JOLIET CARDIOLOGY CENTER | Unsecured | 160.00 | 159.79 | 159.79 | 52.82 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JOLIET ONCOLOGY HEMATOLOGY | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| LISA M RUBIS | Unsecured | 298.00 | 298.32 | 298.32 | 98.62 | 0.00 |
| LVNV FUNDING | Unsecured | 230.00 | 234.69 | 234.69 | 77.59 | 0.00 |
| MIDWEST RESPIRATORY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| OPTIMA MEDICAL ASSOCIATES | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 14,621.00 | 15,150.19 | 15,150.19 | 5,008.47 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | 69.00 | 215.94 | 215.94 | 71.39 | 0.00 |
| PRO COM SERVICES OF ILLINOIS INC | Unsecured | 995.00 | 18.93 | 18.93 | 6.26 | 0.00 |
| PRO COM SERVICES OF ILLINOIS INC | Unsecured | 744.00 | 11.32 | 11.32 | 3.74 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 7,477.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST INFECTIOUS DISEASE | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| SURGERY CENTER OF JOLIET | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| THE BEST CLINIC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| UNITED SHOCKWAVE SRVS | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $15,539.47 | $15,539.47 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,539.47** | **$15,539.47** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,107.12 | $4,107.12 | $0.00 |
| **TOTAL PRIORITY:** | **$4,107.12** | **$4,107.12** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,492.09** | **$5,452.09** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,951.32 |
| Disbursements to Creditors | $25,098.68 |
| **TOTAL DISBURSEMENTS** : | **$29,050.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/16/2014         By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**